USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAGAX DEVELOPMENT CORP.,

                Plaintiff,

v.

ITRUST S.A.,

                Defendant.

---

No. 19-CV-3386 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 11, 2019, the Court granted Peyrot & Associates, PC's motion to withdraw as counsel for Defendant and ordered Defendant to inform the Court, no later than November 11, 2019, whether it has obtained successor counsel. Defendant has not done so. Defendant is reminded that it may not proceed *pro se* and therefore must obtain counsel to proceed in this action. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). No later than end of day tomorrow, November 19, 2019, Defendant shall inform the Court whether it has obtained successor counsel, and, if so, it shall enter the appearance of successor counsel on the docket.

Additionally, according to the case management plan and scheduling order in this action, dated July 12, 2019, a post-discovery conference is scheduled for November 22, 2019 at 11:00 a.m. In advance of that conference, the parties were required to submit a joint letter, no later than November 15, 2019, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. The parties have not submitted this letter. Accordingly, no later than end of day tomorrow, November 19, 2019, the parties shall submit their joint letter.

SO ORDERED.

Dated:  November 18, 2019
        New York, New York

_____
Ronnie Abrams
United States District Judge