UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGAX DEVELOPMENT CORP.,

          Plaintiff,

v.

ITRUST S.A.,

          Defendant.

No. 19-CV-3386 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On October 11, 2019, the Court ordered Defendant ITrust S.A. to inform the Court, no later than November 11, 2019, whether it had obtained successor counsel. Defendant did not do so. On November 18, 2019, the Court again ordered Defendant to inform it whether it had obtained successor counsel, reminding Defendant that it may not proceed *pro se* in this action. *See* Dkt. 40. To date, the Court has not received any response from Defendant. On November 19, 2019, Plaintiff indicated that, if Defendant has not obtained successor counsel, it will move for a default judgment against Defendant. Accordingly, the post-discovery conference scheduled for November 22, 2019 is hereby adjourned *sine die*. If Plaintiff intends to move for a default judgment, it shall file its proposed certificate of default no later than December 5, 2019.

SO ORDERED.

Dated:    November 21, 2019
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge