UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGAX DEVELOPMENT CORP.,

    Plaintiff,

v.

ITRUST S.A.,

    Defendant.

No. 19-CV-3386 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 21, 2019, the Court instructed Plaintiff to file a proposed certificate of default by December 5, 2019 if it intended to move for a default judgment. Dkt 43. Without filing a proposed certificate of default or obtaining a certificate of default from the Clerk of Court, Plaintiff filed a motion for default judgment on December 5, 2019. *See* Dkt. 44. Plaintiff was notified on December 6, 2019 that its motion was deficient. That same day, however, Plaintiff refiled its motion for default judgment. *See* Dkt. 46. If Plaintiff intends to move for a default judgment against Defendant, Plaintiff must first obtain a certificate of default from the Clerk of Court. Plaintiff is directed to review Fed. R. Civ. P. 55, Local Civil Rule 55.1, and ECF Rule 16.1, and to properly obtain a certificate of default from the Clerk of Court. Thereafter, Plaintiff is advised to proceed by way of a motion pursuant to the procedure set forth in Attachment A of the Court's Individual Rules & Practices in Civil Cases.

SO ORDERED.

Dated:    December 9, 2019
             New York, New York

Ronnie Abrams
United States District Judge