UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/4/20

SAGAX DEVELOPMENT CORP.,

Plaintiff,

v.

ITRUST S.A.,

Defendant.

No. 19-CV-3386 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Defendant ITrust S.A having obtained successor counsel in this action, as well as successor counsel's appearance and Defendant's opposition to Plaintiff's motion for default judgment, Plaintiff shall inform the Court, no later than February 7, 2020, whether it seeks to withdraw its motion for default judgment and adjourn the order to show cause hearing scheduled for February 12, 2020. If it does not, Plaintiff shall file a response to Defendant's opposition no later than February 7, 2020.

SO ORDERED.

Dated: February 4, 2020
New York, New York

Ronnie Abrams
United States District Judge