USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAGAX DEVELOPMENT CORP.,

        Plaintiff,

v.

ITRUST S.A.,

        Defendant.

No. 19-CV-3386 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's conference, Plaintiff's motion for default judgment is denied. No later than February 26, 2020, the parties shall jointly submit a revised proposed case management plan and a letter indicating whether a referral to mediation or Magistrate Judge Fox for settlement purposes would be productive at this time, and whether Plaintiff intends to file a motion for attorneys' fees.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 31 and 51.

SO ORDERED.

Dated:    February 12, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge