UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Sagax Development Corp.,

        Plaintiff,

   - against -                                          **ORDER**

Itrust S.A.,                                            19-CV-3386 (RA)(KNF)

        Defendant.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on April 20, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                       SO ORDERED:
         April 14, 2021

                                                      _Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE