UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAGAX DEVELOPMENT CORP.,          :

                Plaintiff,          :

    -against-          :          **ORDER**

ITrust S.A.,          :          19-CV-3386 (RA) (KNF)

                Defendant.          :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a joint letter dated July 15, 2021, the parties requested a pre-motion conference in connection with the defendant's failure to respond substantively to the Court's April 21, 2021 order directing discovery. The request for a pre-motion conference, Docket Entry No. 78, is denied. The plaintiff's motion for sanctions shall be made on or before July 26, 2021. Local Civil Rule 6.1 of this court governs any opposition and reply. The memoranda of law in support and in opposition to the motion shall be no longer than 15 double-spaced pages and the reply memorandum of law no longer than five double-spaced pages.

Dated:  New York, New York          SO ORDERED:
         July 16, 2021

                                                                                          _/s/ Kevin Nathaniel Fox_
                                                                               KEVIN NATHANIEL FOX
                                                                               UNITED STATES MAGISTRATE JUDGE