UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sagax Development Corp.,<br><br>                    Plaintiff,<br><br>          - against -<br><br>ITrust S.A.,<br><br>                    Defendant. | No. 19-cv-3386 (RA)(JW)<br><br>~~PROPOSED~~ **JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Opinion and Order issued by Magistrate Judge Jennifer E. Willis in the above-captioned action on July 11, 2022 (ECF No. 101), in connection with the Motion of Plaintiff Sagax Development Corp. ("Sagax") for Attorneys' Fees (ECF No. 89), Defendant ITrust, S.A. is hereby ordered to pay the sum of $41,235 to Sagax.

Date:  August 19, 2022

_____
Hon. Ronnie Abrams, U.S.D.J.