UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sagax Development Corp.,<br><br>                        Plaintiff,<br><br>       - against -<br><br>ITrust S.A.,<br><br>                        Defendant. | No. 19-cv-3386 (RA)(JW)<br><br>**ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This action commenced on April 16, 2019 with the filing of the Summons and Complaint. Pursuant to the Court's August 19, 2022 Opinion and Order granting Plaintiff Sagax Development Corp.'s ("Sagax") Motion for Summary Judgment (ECF No. 104), the Court found that Sagax is entitled to a judgment in the amount of $499,221.00 plus statutory interest and costs.

Accordingly, the Clerk of Court is respectfully directed to enter judgment in favor of Sagax in the amount of $499,221.00, plus statutory interest from April 16, 2019 at 9% per annum (or $123.10 per day) to August 19, 2022, in addition to $5,380.96 in costs, totaling $654,830.96—plus post-judgment interest of $123.10 per diem from August 20, 2022 until execution of judgment.

Dated: August 29, 2022
       New York, NY

_____
Hon. Ronnie Abrams, U.S.D.J.